FILED
CLERK, U.S. DISTRICT COURT

MAY - 9 2013

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION    BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           ) Case No.: CR 95-956 SVW
          Plaintiff,                 )
                                     ) ORDER OF DETENTION PENDING
     v.                              ) FURTHER REVOCATION
                                     ) PROCEEDINGS
James Edward Bryant                  ) (FED. R. CRIM. P. 32.1(a)(6); 18
                                     ) U.S.C. § 3143(a)(1))
          Defendant.                 )
                                     )

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ~~Central~~ Central District of California for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A. (X)  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

  (X)  information in the Pretrial Services Report and Recommendation
  (X)  information in the violation petition and report(s)
  (X)  the defendant's nonobjection to detention at this time
  ( )  other: _____

1

1  and/ or
2  B. (X) The defendant has not met his/her burden of establishing by clear and
3  convincing evidence that he/she is not likely to pose a danger to the
4  safety of any other person or the community if released under 18 U.S.C.
5  § 3142(b) or (c). This finding is based on the following:
6  (X) information in the Pretrial Services Report and Recommendation
7  (X) information in the violation petition and report(s)
8  (X) the defendant's nonobjection to detention at this time
9  ( ) other: _____

11  IT THEREFORE IS ORDERED that the defendant be detained pending the further
12  revocation proceedings.

14  Dated: May 9, 2013

    _____
    SHERI PYM
    United States Magistrate Judge

2